leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

INTERNATIONAL PETROLEUM COMPANY, Respondent, v. MEXICAN SINCLAIR PETROLEUM COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ. Settle order on notice.

In the Matter of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney. HERMAN RIVKIN, Respondent.— Motion to confirm referee's report granted, and proceedings dismissed. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

In the Matter of the Application of GRACE KENT for Removal of THOMAS E. CROSS as a Member of the Town Board of Auditors of the Town of LaGrange, Dutchess County, N. Y.— Motion to remove respondent denied, and proceeding dismissed, without costs. Present — Kelly, P. J., Rich, Kelby, Young and Kapper, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of MORTON ROSENBERG and Others, as Executors of and Trustees under the Last Will and Testament of CHARLES ROSENBERG, Deceased.— Motion for reargument denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

CHARLES E. LORD and KENNETH LORD, Copartners, etc., Respondents, v. HARRY BERNSTEIN and Another, etc., Appellants.— Motion to dismiss appeal granted. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

FREDERICK WILLIAM OBERKIRCH, Respondent, v. JOHN FARSON and Others, Appellants.— Motion for stay denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

JAMES J. O'BRIEN, Appellant, v. WALTER B. LASBAR and Others, Respondents.— Motion for stay granted on condition that appellant perfect the appeal for Friday, January 18, 1924, for which date this case is set down, and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

JAMES J. O'BRIEN, Appellant, v. PERCY P. ANDERSON and Another, Respondents.— Motion for stay granted on condition that appellant perfect the appeal for Friday, January 18, 1924, for which date this case is set down, and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP KAISER, Appellant.— Motion to resettle order denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

CARMEN SANCHEZ, Respondent, v. HENRY SANCHEZ, Appellant.— Motion for leave to appeal to the Court of Appeals denied. The uncontradicted evidence in this case is that although at the time the agreement was executed the parties lived under the same roof, they had, in fact, been estranged from each other for some months before, and had not cohabited as husband and wife during that period. This situation, in our opinion, distinguishes the present case from the authorities referred to by the appellant. Present — Kelly, P. J., Jaycox, Manning and Young, JJ.; Kapper, J., not voting.

CHRISTIAN SCHENCK, Appellant, v. THE STATE LINE TELEPHONE COMPANY and Others, etc., Respondents.— Motion for reargument denied. Motion for